■ In the Matter of WILLIAM D. MOORE, Respondent, v LORNA M. CATUS et al., Appellants. [678 NYS2d 728] —In a proceeding pursuant to CPLR article 78 to compel the appellants to provide certain documents relating to the revenues of the Greenport Water Department, the appeal is from a judgment of the Supreme Court, Suffolk County (Gerard, J.), dated March 9, 1998, which, *inter alia,* granted the petition and awarded the petitioner counsel fees and costs. The notice of appeal from an order of the same court dated October 17, 1997, is deemed to be a premature notice of appeal from the judgment (*see,* CPLR 5520 [c]).

Ordered that the judgment is affirmed, with costs.

Contrary to the appellants' contention, the petitioner was a proper party to commence this proceeding. Since the Freedom of Information Law (Public Officers Law art 6) (hereinafter FOIL) "has made full disclosure by public agencies a public right, the status or need of the person seeking access is generally of no consequence in construing FOIL and its exemptions" (*Matter of Capital Newspapers Div. v Burns,* 67 NY2d 562, 566-567).

The Supreme Court did not improvidently exercise its discretion in awarding the petitioner counsel fees and costs (*see,* Public Officers Law § 89 [4] [c]).

The appellants' remaining contention is without merit.

O'Brien, J. P., Ritter, Thompson, Friedmann and Goldstein, JJ., concur.